Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Barry Branch, et al,<br><br>Defendants. | CASE NO. 5:15-cv-00858-WDK-PLA<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BARRY BRANCH, individually and d/b/a SECOND II NONE IE MOTORCYCLE CLUB; and ON THE GROUND CUSTOMS, LLC, an unknown business entity d/b/a SECOND II NONE IE MOTORCYCLE CLUB |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants BARRY BRANCH, individually and d/b/a SECOND II NONE IE MOTORCYCLE CLUB; and ON THE GROUND CUSTOMS, LLC, an unknown business entity d/b/a SECOND II NONE IE MOTORCYCLE CLUB and subject to the Court's jurisdiction to enforce, approve, and enter the Stipulated Judgment agreed upon by the Parties.

///

///

///

**STIPULATION OF DISMISSAL**
**Case No. 5:15-cv-00858-WDK-PLA**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs. The previous Order granting the stipulation of dismissal [29] dated May 23, 2016 is hereby vacated by the Court.

**IT IS SO ORDERED**:

_____  Dated: June 01, 2016
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**